(No. 5603. July 31, 1930.)

SPOKANE AND EASTERN TRUST COMPANY, Respondent, v. W. D. GILLIS, as Attorney General of the State of Idaho, Appellant.

[290 Pac. 717.]

W. D. Gillis, Attorney General, and Fred J. Babcock, Assistant Attorney General, for Appellant.

Martin & Martin and Graves, Kizer & Graves, for Respondent.

LEE, J.—This case is governed by the principles heretofore announced in the case of *Utah Mortgage Loan Corp. v. Gillis, ante,* p. 676, 290 Pac. 714.

Judgment affirmed; costs to respondent.

Givens, C. J., and Budge, Varian and McNaughton, JJ., concur.